**MERLIN LAW GROUP, P.A.**
Michael J. Ponzo (State Bar No. 028092)
mponzo@merlinlawgroup.com
2999 North 44th Street, Suite 520
Phoenix, Arizona 85018
Telephone:  (480) 315-9980
Facsimile:   (480) 315-9984

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RMJAK Properties, LP, an Arizona limited partnership,<br><br>           Plaintiff,<br><br>    vs.<br><br>AmGUARD Insurance Company, a Pennsylvania corporation,<br><br>           Defendant. | Case No. 4:20-cv-00137-JCH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, RMJAK Properties, LP, and defendant AmGUARD Insurance Company, by and through their respective undersigned counsel, stipulate that this case be dismissed with prejudice, each party to bear its own fees, costs and expenses.

RESPECTFULLY SUBMITTED this 6th day of April 2022.

| | |
|---|---|
| **MERLIN LAW GROUP, P.A.**<br><br>By  */s/ Michael J. Ponzo*<br>   Michael J. Ponzo<br>   2999 North 44 Street, Suite 520<br>   Phoenix, Arizona 85023<br>   *Attorneys for Plaintiff* | **GORDON REES SCULLY MANSUKHANI, LLP**<br><br>By */s/ Matthew G. Kleiner with permission*<br>   Matthew G. Kleiner<br>   Two North Central Avenue, Suite 2200<br>   Phoenix, AZ 85004<br>   *Attorneys for Defendant AmGUARD Insurance Company* |

## Certificate of Service

I hereby certify that on April 6, 2022, I electronically transmitted the foregoing document to the CM/ECF filing system for filing and transmittal along with copies transmitted to the following parties via the CM-ECF system.

Matthew G. Kleiner
Gordon Rees Scully Mansukhani, LLP
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
mkleiner@grsm.com
*Attorneys for Defendant AmGUARD Insurance Company*

/s/ *Gracie Dobratz*