**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RMJak Properties LP, | No. CV-20-00137-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| AmGUARD Insurance Company, | |
| Defendant. | |

Pending before the Court is the parties' proposed Stipulation for Dismissal with Prejudice ("Stipulation") (Doc. 98) pursuant to Rule 41(a)(2), Fed. R. Civ. P., filed on April 6, 2022, by Plaintiff RMJak Properties LP ("Plaintiff") and Defendant AmGUARD Insurance Company ("Defendant"). The Stipulation seeks dismissal with prejudice. Good cause appearing,

**IT IS ORDERED GRANTING** the parties' Stipulation for Dismissal (Doc. 98).

**IT IS FURTHER ORDERED DISMISSING WITH PREJUDICE** Plaintiff's Complaint (Doc. 1), with each party to bear their own attorney fees and costs. The Clerk of the Court shall close the case.

Dated this 8th day of April, 2022.

Honorable John C. Hinderaker
United States District Judge